IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ISAAC D. CASTILLO,

    Plaintiff,

v.                         CASE NO. 5:13-cv-269-RS-GRJ

LOCKE, et al.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiffs' claims are **DISMISSED without prejudice** for abuse of the judicial process.

3. The clerk is directed to close the file.

**ORDERED** on October 30, 2013.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**